Clear Form

**E-filing**

*SBA*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *Malik Moya* | ) |
| Plaintiff, | ) CASE NO. _____ |
| vs. | ) **2124** |
| *Lydia Baca* | ) **APPLICATION TO PROCEED** |
| | ) **IN FORMA PAUPERIS** |
| Defendant. | ) **(Non-prisoner cases only)** |

I, _____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?                Yes ____ No ____

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: *League-Minimum*   Net: *750,000.00*

Employer: *Free-Agent Athlete. Political Lobbyist*
*Fundraiser*

If the answer is "no," state the date of last employment and the amount of the gross and net salary

1  and wages per month which you received.

2  _D. Embezzled Case - DY-483676_____

3  _____

4  _____

5  2.     Have you received, within the past twelve (12) months, any money from any of the

6  following sources:

7        a.      Business, Profession or              Yes ____   No ✕

8                self employment?

9        b.      Income from stocks, bonds,           Yes ____   No ✕

10               or royalties?

11       c.      Rent payments?                       Yes ____   No ✕

12       d.      Pensions, annuities, or              Yes ____   No ✕

13               life insurance payments?

14       e.      Federal or State welfare payments,   Yes ✕   No ✕

15               Social Security or other govern-

16               ment source?

17  If the answer is "yes" to any of the above, describe each source of money and state the amount

18  received from each.

19  _____SSI SSA_____

20  _____

21  3.     Are you married?                           Yes ____   No ✕

22  Spouse's Full Name: _____

23  Spouse's Place of Employment: _____

24  Spouse's Monthly Salary, Wages or Income:

25  Gross $_____ Net $_____

26  4.     a.     List amount you contribute to your spouse's support:$ _____

27         b.     List the persons other than your spouse who are dependent upon you for support

28                and indicate how much you contribute toward their support.  (NOTE: For minor

children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

*Christopher Peter Mole*

5.    Do you own or are you buying a home?            Yes ____  No ____

Estimated Market Value: $ _____  Amount of Mortgage: $ _____

6.    Do you own an automobile?                        Yes ____  No ____

Make _____  Year *1984*  Model _____

Is it financed? Yes ____  No ____ If so, Total due: $ _____

Monthly Payment: $ _____

7.    Do you have a bank account?  Yes ____  No ____  (Do not include account numbers.)

Name(s) and address(es) of bank: Account # *32271627  4924*

*8116 34  Washington Mutual*

Present balance(s):  $ _____  *Overdrawn  +46.00*

Do you own any cash?  Yes ____  No ____  Amount: $ _____

Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

market value.)                                        Yes ____  No ____

8.    What are your monthly expenses?

Rent: $ _____            Utilities: _____

Food:  $ _____           Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| *N/A* | $ _____ | $ _____ |
|  | $ _____ | $ _____ |
|  | $ _____ | $ _____ |

9.    Do you have any other debts?  (List current obligations, indicating amounts and to whom

they are payable.  Do not include account numbers.)

_____

1

2    10.    Does the complaint which you are seeking to file raise claims that have been presented in

3    other lawsuits?    Yes ___ No ___

4    Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

5    which they were filed.

6

7

8    I declare under the penalty of perjury that the foregoing is true and correct and understand that a

9    false statement herein may result in the dismissal of my claims.

10

11    _____    _____

12            DATE                    SIGNATURE OF APPLICANT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28