Malinka Moye
40. 42. Parsons Street
San Francisco, CA 94118

CV08-02124 SBA



COURT —

Malinka Moye DOES NOT live at this address. DO NOT send anything else to him here.

Thank you.

He is under restraining order to cease & desist using this address. We will have him arrested if he returns.

ORIGINAL
FILED

APR 3 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALINKA MOYE, | No. C 08-02126 SBA |
| Plaintiff, | **CLERK'S NOTICE** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendant. | |

Counsel for the plaintiff is directed to serve a copy of this Notice upon any other party in this action not enrolled in the e-filing program. Following service, Counsel shall file a certificate of service with the Clerk of the Court.

YOU ARE HEREBY NOTIFIED THAT the Case Management Conference set for , July 30, 2008, has been moved to, July 30,2008, at 2:30 p.m., via telephone.

Plaintiff's counsel is to set up the conference call with all the parties on the line and call chambers at (510) 637-3559.

(NO PARTY SHALL CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.)

Counsel shall file a Joint Case Management Conference Statement 10 days in advance of the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court.

Dated: 4/28/08

FOR THE COURT,

Richard W. Wieking, Clerk

By: s/Lisa R. Clark
    **Courtroom Deputy**

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MALINKA MOYE,

        Plaintiff,

v.

CITY & COUNTY OF SAN FRANCISCO,

        Defendant.
_____/

Case Number: CV08-02126 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 30, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Malinka Moye
40. 42. Parsons Street
San Francisco, CA 94118

Dated: April 30, 2008

                                        Richard W. Wieking, Clerk
                                        By: LISA R CLARK, Deputy Clerk

```
                                                    ORIGINAL
                                                    F I L E D
                                                    APR 3 0 2007
                                                    RICHARD W. WIEKING
                                                    CLERK, U.S. DISTRICT COURT
                                                  NORTHERN DISTRICT OF CALIFORNIA
                                                          OAKLAND
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MALINKA MOYE,                                        No. C 08-02124 SBA

    Plaintiff,                              **CLERK'S NOTICE**

v.

LYDIA BACA,

    Defendant.
_____/

Counsel for the plaintiff is directed to serve a copy of this Notice upon any other party in this action not enrolled in the e-filing program. Following service, Counsel shall file a certificate of service with the Clerk of the Court.

    YOU ARE HEREBY NOTIFIED THAT the Case Management Conference set for , **July 30, 2008, has been moved to, July 30,2008, at 2:45 p.m., via telephone.**

    Plaintiff's counsel is to set up the conference call with all the parties on the line and call chambers at (510) 637-3559.

    **(NO PARTY SHALL CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.)**

    Counsel shall file a Joint Case Management Conference Statement 10 days in advance of the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court.

Dated: 4/28/08

                                                     **FOR THE COURT,**

                                                     Richard W. Wieking, Clerk

                                                     By: **s/Lisa R. Clark**
                                                         **Courtroom Deputy**

*United States District Court*
*For the Northern District of California*

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MALINKA MOYE,

        Plaintiff,

v.

LYDIA BACA et al,

        Defendant.
_____/

Case Number: CV08-02124 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 30, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Malinka Moye
40. 42. Parsons Street
San Francisco, CA 94118

Dated: April 30, 2008

                                            Richard W. Wieking, Clerk
                                            By: LISA R CLARK, Deputy Clerk